IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| STACEY PARKS-CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00755-FJG |
| | ) | |
| ALPHA RECOVERY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Stacey Parks-Carson ("Plaintiff") and Defendant Alpha Recovery Corporation ("ARC"), hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against ARC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**/s/ Andrew M. Esselman**
Andrew M. Esselman  # 64837
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Tel:   (816) 246-7800
Fax:   (855) 523-6884
andrewe@creditlawcenter.com
Counsel for Plaintiff

and

**/s/ Ania Wlodek Moncrief**
Ania Wlodek Moncrief #25763

McDowell Rice Smith & Buchanon P.C.
605 W. 47th Street, Suite 350
Kansas City, Missouri 64112
T: (816) 960-7323
F: (816) 753-9996
amoncrief@mcdowellrice.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of March 2021, the foregoing was electronically filed with the Clerk of the Court, which sends notice to all counsel of record.

**/s/   Andrew M. Esselman**
Attorney for Plaintiff